No. 73–5282. BLOETH *v.* MONTANYE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–5308. SCHNEIDER *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 73–5311. NEWKIRK *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 73–5317. GATHERIGHT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 73–5344. DuPREE *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–5366. COLLINS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–5376. BROWN *v.* CULLEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–5388. FITZGERALD ET AL. *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 73–5394. BECK ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–5399. WHITE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–5404. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–5424. WASHINGTON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.